No. 91–864. FIRST AMERICAN ARTIFICIAL FLOWERS, INC. *v.* PROMISEL. C. A. 2d Cir. Certiorari denied.

No. 91–869. CAMPBELL *v.* DAUGHERTY. C. A. 6th Cir. Certiorari denied.

No. 91–889. McCOY ET AL. *v.* HEARST CORP. ET AL. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 91–892. CALHOUN ET AL. *v.* ODINET ET AL. C. A. 5th Cir. Certiorari denied.

No. 91–893. DULUTH, WINNIPEG & PACIFIC RAILWAY CO. *v.* SMALLEY. C. A. 8th Cir. Certiorari denied.

No. 91–895. HAYES *v.* COMMUNITY GENERAL OSTEOPATHIC HOSPITAL. C. A. 3d Cir. Certiorari denied.

No. 91–899. SLOAN *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 91–909. IN RE BUCKNAM. C. A. Fed. Cir. Certiorari denied.

No. 91–911. MICKENS *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 91–924. PARDASANI *v.* SIEMENS ENERGY & AUTOMATION, INC. C. A. 5th Cir. Certiorari denied.

No. 91–938. BEVAN ET UX. *v.* TOWNSHIP OF BRANDON ET AL. Sup. Ct. Mich. Certiorari denied.

No. 91–957. BAEZ ET AL. *v.* WELLS FARGO ARMORED SERVICE CORP. C. A. 11th Cir. Certiorari denied.

No. 91–5613. WADE *v.* GEORGIA. Sup. Ct. Ga. Certiorari denied.

No. 91–5636. LODGE *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.